LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
ANNE B. MILLER, ESQ. (SBN: 178683)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA  94520
Telephone:     (925) 974-8600
Facsimile:      (925) 974-8601
E-Mail:  lleone@leonealberts.com; cleed@leonealberts.com; amiller@leonealberts.com

Attorneys for Defendants

JOHN L. BURRIS, ESQ. (SBN: 69888)
BENJAMIN NISENBAUM, ESQ. (SBN 222173)
JAMES COOK, ESQ. (SBN 300212)
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail:  john.burris@johnburrislaw.com; bnisenbaum@hotmail.com
         james.cook@johnburrislaw.com

Attorneys for Plaintiff, VANCE GATTIS, an individual

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE GATTIS, an individual, | Case No.: 3:20-cv-02693-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSING CERTAIN CAUSES OF ACTION WITH PREJUDICE** |
| vs. | |
| CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually and in his capacity as Chief of Police for the ANTIOCH POLICE DEPARTMENT; MORTEZA AMIRI, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; ERIK NILSEN, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; JAMES COLLEY, individually and in his capacity as Police Officer for the ANTIOCH POLICE | |

DEPARTMENT; ERIC ROMBOUGH, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; and DOES 1-50, inclusive, individually, jointly and severally,

    Defendants.

The parties to the above captioned action hereby stipulate by and through their undersigned counsel of record as follows:

Plaintiff hereby dismisses with prejudice the First, Second and Fourth Causes of Action with prejudice.

IT IS SO STIPULATED.

Dated:  October 7, 2020    **LEONE & ALBERTS**

    By:__s/Claudia Leed_____
    CLAUDIA LEED, ESQ.
    Attorney for Defendants CITY OF ANTIOCH, TAMMANY BROOKS, MORTEZA AMIRI, ERIK NILSEN, JAMES COLLEY and ERIC ROMOUGH

Dated:  October 7, 2020    **LAW OFFICES OF JOHN L. BURRIS**

    By:__s/James Cook_____
    JAMES COOK, ESQ.
    Attorney for Plaintiff VANCE GATTIS

## [PROPOSED] ORDER

Pursuant to stipulation and good cause showing, IT IS SO ORDERED.

Dated: October ___, 2020    _____
    Hon. Edward M. Chen
    United States District Judge