1  LOUIS A. LEONE, ESQ. (SBN: 099874)
2  CLAUDIA LEED, ESQ. (SBN: 122676)
   ANNE B. MILLER, ESQ. (SBN: 178683)
3  **LEONE & ALBERTS**
   A Professional Corporation
4  1390 Willow Pass Road, Suite 700
5  Concord, CA  94520
   Telephone:     (925) 974-8600
6  Facsimile:     (925) 974-8601
   E-Mail:  lleone@leonealberts.com; cleed@leonealberts.com; amiller@leonealberts.com
7
8  Attorneys for Defendants

9  JOHN L. BURRIS, ESQ. (SBN: 69888)
   BENJAMIN NISENBAUM, ESQ. (SBN 222173)
10 JAMES COOK, ESQ. (SBN 300212)
11 **LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Centre
12 7677 Oakport Street, Suite 1120
   Oakland, California 94621
13 Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
14 E-Mail:  john.burris@johnburrislaw.com; bnisenbaum@hotmail.com
15          james.cook@johnburrislaw.com

16 Attorneys for Plaintiff, VANCE GATTIS, an individual

17                THE UNITED STATES DISTRICT COURT
18                NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| VANCE GATTIS, an individual, | Case No.: 3:20-cv-02693-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSING CERTAIN CAUSES OF ACTION WITH PREJUDICE** |
| vs. | |
| CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually and in his capacity as Chief of Police for the ANTIOCH POLICE DEPARTMENT; MORTEZA AMIRI, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; ERIK NILSEN, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; JAMES COLLEY, individually and in his capacity as Police Officer for the ANTIOCH POLICE | |

DEPARTMENT; ERIC ROMBOUGH, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; and DOES 1-50, inclusive, individually, jointly and severally,

   Defendants.

The parties to the above captioned action hereby stipulate by and through their undersigned counsel of record as follows:

Plaintiff hereby dismisses with prejudice the First, Second and Fourth Causes of Action with prejudice.

IT IS SO STIPULATED.

Dated:  October 7, 2020   **LEONE & ALBERTS**

         By:__s/Claudia Leed_____
          CLAUDIA LEED, ESQ.
          Attorney for Defendants CITY OF ANTIOCH,
          TAMMANY BROOKS, MORTEZA AMIRI, ERIK NILSEN,
          JAMES COLLEY and ERIC ROMOUGH

Dated:  October 7, 2020   **LAW OFFICES OF JOHN L. BURRIS**

         By:__s/James Cook_____
          JAMES COOK, ESQ.
          Attorney for Plaintiff VANCE GATTIS

         **[PROPOSED] ORDER**

Pursuant to stipulation and good cause showing, IT IS SO ORDERED.

Dated: October _8_, 2020          _____
                  Hon. Edward M. Chen
                  United States District Judge