LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
ANNE B. MILLER, ESQ. (SBN: 178683)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA  94520
Telephone:     (925) 974-8600
Facsimile:      (925) 974-8601
E-Mail:  lleone@leonealberts.com; cleed@leonealberts.com; amiller@leonealberts.com

Attorneys for Defendants CITY OF ANTIOCH, MORTEZA AMIRI,
ERIK NILSEN, ERIC ROMBOUGH and JAMES COLLEY

JOHN L. BURRIS, ESQ. (SBN: 69888)
BENJAMIN NISENBAUM, ESQ. (SBN 222173)
JAMES COOK, ESQ. (SBN 300212)
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:  john.burris@johnburrislaw.com; bnisenbaum@hotmail.com
            james.cook@johnburrislaw.com

Attorneys for Plaintiff, VANCE GATTIS, an individual

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VANCE GATTIS, an individual, | Case No.: 3:20-cv-02693-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CITY OF ANTIOCH, a municipal corporation; TAMMANY BROOKS, individually and in his capacity as Chief of Police for the ANTIOCH POLICE DEPARTMENT; MORTEZA AMIRI, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; ERIK NILSEN, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; JAMES COLLEY, individually and in his capacity as | |

1

Police Officer for the ANTIOCH POLICE DEPARTMENT; ERIC ROMBOUGH, individually and in his capacity as Police Officer for the ANTIOCH POLICE DEPARTMENT; and DOES 1-50, inclusive, individually, jointly and severally,

Defendants.

The parties to the above captioned action hereby stipulate by and through their undersigned counsel of record to request an Order from the Court dismissing the Plaintiff's Complaint, the entire action against all Defendants, with prejudice. Each party agrees to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: November 9, 2020    **LEONE & ALBERTS**

By: s/Claudia Leed_____
CLAUDIA LEED, ESQ.
Attorney for Defendants CITY OF ANTIOCH, MORTEZA AMIRI, ERIK NILSEN, JAMES COLLEY and ERIC ROMOUGH

Dated: November 9, 2020    **LAW OFFICES OF JOHN L. BURRIS**

By: s/James Cook_____
JAMES COOK, ESQ.
Attorney for Plaintiff VANCE GATTIS

**ORDER**

Pursuant to stipulation and Fed. R. Civ. P. 41 (a) (i) and (ii), this entire matter is hereby dismissed, in its entirety, with prejudice, each party to bear their own attorneys' fees and costs. The clerk shall close this matter.

**APPROVED.**

Dated: November 10, 2020

_____
Hon. Edward M. Chen
United States District Court Judge